DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ERIC RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> ERIC RODRIGUEZ, <br><br> *Defendant.* | NO. 1:10-cr-0304 AWI <br><br> STIPULATION CONTINUING SENTENCING; ORDER THEREON <br><br> Date: October 4, 2010 <br> Time: 9:00 a.m. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney David Gappa, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Eric Rodriguez, that the status conference currently set for September 20, 2010, **may be continued to October 4, 2010, at 9:00 a.m.**

Counsel for defendant is not available to appear on the current date. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

|   |   |   |   |
|---|---|---|---|
|   |   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: September 14, 2010 |   | By: | /s/ *David Gappa*<br>DAVID GAPPA<br>Assistant United States Attorney<br>Counsel for Plaintiff |
|   |   |   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: September 14, 2010 |   | By: | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>ERIC RODRIGUEZ |

**ORDER**

IT IS SO ORDERED.

Dated:     September 15, 2010                                  
                                                                    CHIEF UNITED STATES DISTRICT JUDGE