DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ERIC RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>  v.<br><br>ERIC RODRIGUEZ,<br><br>    *Defendant.* | NO. 1:10-cr-0304 AWI<br><br>STIPULATION TO VACATE STATUS CONFERENCE; ORDER THEREON<br><br>Date: October 4, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

  **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney David Gappa, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Eric Rodriguez, that the status conference regarding the property bond currently set for September 21, 2010 at 1:30 p.m. may be taken off calendar and that the issue be revisited at the status conference on **October 4, 2010** before Judge Ishii.  It is anticipated that prior to the status conference, on October 4, the property bond will be perfected.  If there is any bail issue to bring before this Court, the parties will request a hearing.

  Defendant has sought this stipulation because, due to complications with completion of the appraisal and obtaining signatures from an owner who resides in Mexico, the property bond will not be perfected by September 21, 2010.  In addition, defendant's counsel will be out of state the week of September 20, 2010.  This continuance will conserve time and resources for both parties and the court.

|   |   |   |   |
|---|---|---|---|
| | | | BENJAMIN B. WAGNER<br>United States Attorney |

DATED: September 14, 2010         By:     /s/ *David Gappa*
                                          DAVID GAPPA
                                          Assistant United States Attorney
                                          Counsel for Plaintiff


                                          DANIEL J. BRODERICK
                                          Federal Defender

DATED: September 14, 2010         By:     /s/ *Victor M. Chavez*
                                          VICTOR M. CHAVEZ
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          ERIC RODRIGUEZ


**ORDER**

IT IS SO ORDERED.

Dated:   **September 20, 2010**          **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

RODRIGUEZ: STIPULATION TO EXTEND TIME
TO POST PROPERTY BOND AND [PROPSED] ORDER THEREON        −2−