| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |

Attorney for Defendant
ERIC RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-0304 AWI |
| *Plaintiff,* | STIPULATION CONTINUING STATUS CONFERENCE HEARING; ORDER |
| v. | |
| ERIC RODRIGUEZ, | Date:  April 25, 2011 |
| *Defendant.* | Time:  9:00 a.m. |
| | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney David Gappa, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Eric Rodriguez, that the status conference currently set for April 4, 2011, **may be continued to April 25, 2011 at 9:00 a.m.**

The defense proposes this stipulation is to allow defendant additional time for completion of forensic examination of computer media.  The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: March 31, 2011 | By:  /s/ *David Gappa*<br>DAVID GAPPA<br>Assistant United States Attorney<br>Counsel for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: March 31, 2011 | By:  /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>ERIC RODRIGUEZ |

**ORDER**

IT IS SO ORDERED.

Dated:     March 31, 2011

CHIEF UNITED STATES DISTRICT JUDGE