DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ERIC RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br> *Plaintiff,* <br> v. <br> ERIC RODRIGUEZ, <br> *Defendant.* | NO. 1:10-cr-0304 AWI <br><br> STIPULATION CONTINUING FILING OF MOTIONS; ORDER <br><br> Date:  March 5, 2012 <br> Time:  9:00 a.m. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Jeremy R. Jehangiri, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Eric Rodriguez, that motions in limine now due on January 23, 2012 may be filed on **February 6, 2012**.  Defense seeks this stipulation because defense counsel will be out of the office for two weeks returning on January 23, 2012 and needs additional time to file motions. All other dates remain the same with opposition to be filed by February 13, 2012; any reply to be filed by February 27, 2012; and the hearing on the motions set for March 5, 2012 at 9:00 a.m.

///

///

///

///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: January 5, 2012 | By:  /s/ *Jeremy R. Jehangiri*<br>JEREMY R. JEHANGIRI<br>Assistant United States Attorney<br>Counsel for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: January 5, 2012 | By:  /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>ERIC RODRIGUEZ |

**ORDER**

IT IS SO ORDERED.

Dated:      January 5, 2012             _____
                                         CHIEF UNITED STATES DISTRICT JUDGE