BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
GRANT B. RABENN
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:10-cr-00304-AWI/DLB |
| Plaintiff, | **STIPULATION BETWEEN THE UNITED STATES AND DEFENDANT REGARDING PRODUCTION OF PROTECTED INFORMATION; PROTECTIVE ORDER RE: SAME** |
| v. | |
| ERIC RODRIGUEZ, | |
| Defendant. | |

WHEREAS, counsel for the government recently obtained certain information regarding one or more anticipated law enforcement witnesses that it thereafter disclosed to the court, in camera, in the form of two ex parte submissions (the "disclosed information"). Some of this information has since been filed, under seal, pursuant to a sealing order dated July 19, 2012. The balance of this information was obtained earlier today and presented to the court pursuant to a second in camera review;

WHEREAS, the court also directed the undersigned to work with defense counsel in agreeing to a protective order regarding the

1  confidential production of the disclosed information to the defense; and
2      WHEREAS, the parties desire to avoid the unauthorized disclosure
3  or dissemination of the disclosed information to anyone not a party to
4  the court proceedings in this matter;
5      The parties agree that entry of a stipulated protective order is
6  appropriate.
7      THEREFORE, defendant ERIC RODRIGUEZ, by and through his counsel of
8  record ("Defense Counsel"), and the United States of America, by and
9  through Assistant United States Attorney Brian W. Enos, hereby agree and
10 stipulate as follows:
11     1.   This Court may enter a protective order pursuant to Rule 16(d)
12 of the Federal Rules of Criminal Procedure, and its general supervisory
13 authority.
14     2.   This Order pertains to production and maintenance of the
15 disclosed information.
16     3.   By signing this Stipulation and Protective Order, Defense
17 Counsel agrees not to share the disclosed information with anyone other
18 than Defense Counsel attorneys, designated defense investigators, and
19 support staff.  Defense Counsel may permit the defendant to view the
20 disclosed information in the presence of his attorneys, defense
21 investigators, and support staff.  The parties agree that Defense
22 Counsel, defense investigators, and support staff shall not allow the
23 defendant to copy the disclosed information.
24     4.   If defendant seeks to use or otherwise refer to the disclosed
25 information at trial, the parties will first address this issue with the
26 Court in the form of a motion in limine.  The disclosed information is
27 now and will forever remain the property of the United States of America
28 ("Government").  Defense Counsel will return the disclosed information

to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the disclosed information in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to return the disclosed information to the government.

IT IS SO STIPULATED.

(As auth. 7/20/12)

Dated: July 20, 2012          By: /s/ Victor M. Chavez____
                                  Victor M. Chavez
                                  Attorney for Defendant
                                  ERIC RODRIGUEZ


Dated: July 20, 2012          BENJAMIN B. WAGNER
                              United States Attorney

                              By: /s/ Brian W. Enos_____
                                  Brian W. Enos
                                  Assistant U.S. Attorney


IT IS SO ORDERED.

Dated:     July 20, 2012          _____
                                  CHIEF UNITED STATES DISTRICT JUDGE

3