DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ERIC RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-0304 AWI |
| Plaintiff, | STIPULATION CONTINUING MOTIONS SCHEDULE, SENTENCING HEARING, AND ORDER |
| v. | |
| ERIC RODRIGUEZ, | Date: November 19, 2012 |
| Defendant. | Time: 10:00 A.M. |
| | Judge: Hon. Anthony W. Ishii |

The parties through their respective counsel, Assistant United States Attorney Brian W. Enos and Assistant Federal Defender Victor M. Chavez, hereby agree and stipulate to the following modified schedule for filing objections and for sentencing in this matter. The reason the defense proposes this stipulation is that additional time is needed for defense preparation.

- Informal objections to be filed by October 29, 2012
- Formal objections to be filed by November 12, 2012
- Sentencing to be on November 19, 2012.

///
///
///
///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: October 10, 2012    By: | /s/ *Brian W. Enos*<br>BRIAN W. ENOS<br>Assistant United States Attorney<br>Counsel for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: October 10, 2012    By: | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>ERIC RODRIGUEZ |

**ORDER**

IT IS SO ORDERED.

Dated:    October 11, 2012

CHIEF UNITED STATES DISTRICT JUDGE